39 So.3d 352 (2010)
Thomas Robert LAMB, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-2256.
District Court of Appeal of Florida, Fifth District.
June 8, 2010.
Rehearing Denied July 12, 2010.
James S. Purdy, Public Defender, and Noel A. Pelella, Assistant Public Defender, Daytona Beach, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Kellie A. Nielan, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See England v. State, 940 So.2d 389 (Fla.2006), cert. denied, 549 U.S. 1325, 127 S.Ct. 1916, 167 L.Ed.2d 571 (2007).
MONACO, C.J., PALMER and JACOBUS, JJ., concur.